FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JAN 18 AM 11: 15

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA          :

v.                                :          CASE NO.: CR207-49

WILLIAM SCOTT HINKLIN             :

## O R D E R

The Court has been advised that all motions filed in this case have been resolved by the parties except for Defendant's "Motion Reserving the Right to File Additional Motions", "Motion to Suppress and Motion in Limine", and "Special Motion to Suppress and Motion in Limine".

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___18th___ day of January, 2008.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE